JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELLI ANNE W.,                              )     Case No. CV 21-01025-JEM
                                            )
                  Plaintiff,                )
                                            )     **JUDGMENT**
            v.                              )
                                            )
KILOLO KIJAKAZI,                            )
Acting Commissioner of Social Security,     )
                                            )
                  Defendant.                )
_____    )

In accordance with the Memorandum Opinion and Order Reversing Decision of the Commissioner of Social Security and Remanding for Further Proceedings filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further proceedings in accordance with the Memorandum Opinion and Order and with law.

DATED: August 26, 2022                          _/s/ John E. McDermott_____
                                                JOHN E. MCDERMOTT
                                                UNITED STATES MAGISTRATE JUDGE